JOSEPH BAUBIEN

v.

ROBERT ABBOTT

1810

JOURNAL ENTRIES

1. Rule to plead . . . . . . . . . . . *Journal, infra,* *p. 321
2. Plea; issue; continuance . . . . . . . . . " 323
3. Discontinuance . . . . . . . . . . . " 343

PAPERS IN S. C. FILE

1. Writ of certiorari and return . . . . . . . . . .
2. Copy of district court record . . . . . . . . . .
3. Certiorari bond . . . . . . . . . . . . .
4. Subpoena for Antoine Beaubien, Jean Marie Bobien
  and Alex[r] Weillett . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*